BRYAN CAVE LLP
James Goldberg, California Bar No. 107990
Bahareh Mostajelean, California Bar No. 258903
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: james.goldberg@bryancave.com
Email: bahareh.mostajelean@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.,
also sued as BANK OF AMERICA HOME LOANS.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ERIN S. PEARCE, an individual<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS f/k/a COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendants. | Case No. 5:09-cv-03988-JF<br><br>**Joint Stipulation to Continue ADR Response Deadline**<br><br>Honorable Judge Jeremy Fogel<br><br>Filed: August 28, 2009<br>Trial Date: Not yet assigned |

    This Stipulation is entered into between Plaintiff ERIN S. PEARCE ("Plaintiff") and Defendant BANK OF AMERICA HOME LOANS formerly known as COUNTRYWIDE HOME LOANS, INC. ("Defendant").

    Defendant's moved to dismiss Plaintiff's Complaint on December 15, 2009. A hearing on their motion is currently scheduled for 9:00 a.m. on February 12, 2010, the Honorable Judge Jeremy Fogel presiding.

    In light of the pending motion to dismiss, and that pleadings have not been set, Plaintiff and Defendant, through their respective counsel of record, agree and jointly request that the filing

SF01DOCS 16525.1

1

STIPULATION TO CONTINUE ADR RESPONSE

of the ADR Certification and the selection of an ADR process be continued until 30 days after the pleadings are set and Defendants have answered.

Dated: January 29, 2010     **JENKINS MULLIGAN & GABRIEL, LLP**
                                     **LAW OFFICES OF SIMMONS & PURDY**

By: _____
      Daniel J. Mulligan
Attorneys for Plaintiff
ERIN S. PEARCE

Dated: January 29, 2010     **BRYAN CAVE LLP**

By: /s/ Bahareh Mostajelean_____
     Bahareh Mostajelean
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC. also sued as BANK OF AMERICA HOME LOANS

## [~~PROPOSED~~] ORDER

Having reviewed the Stipulation of Plaintiff ERIN S. PEARCE and Defendant BANK OF AMERICA HOME LOANS formerly known as COUNTRYWIDE HOME LOANS, INC. ("Defendant"), and good cause appearing, IT IS ORDERED THAT the ADR filing deadlines shall be continued until thirty (30) days after the pleadings are finalized and Defendants have answered.

Dated: 2/2/10

Honorable Judge Jeremy Fogel