JENKINS MULLIGAN & GABRIEL, LLP.
Thomas A. Jenkins, Esq. [SBN: 92213]
tom@jmglawoffices.com
Daniel J. Mulligan, Esq. [SBN: 103129]
dan@jmglawoffices.com
Larry W. Gabriel, Esq. [SBN: 68329]
lgabriel@jmglawoffices.com
10085 Carroll Canyon Road, Suite 210
San Diego CA 92131
Telephone: (415) 982-8500
Facsimile:  (415) 982-8515

LAW OFFICES OF SIMMONS & PURDY
Pamela D. Simmons, Esq. [SBN: 160523]
pamela@pamelaw.com
2425 Porter Street, Suite 10
Soquel CA 95073-2454
Telephone: (831) 464-6884
Facsimile:  (831) 464-6886

Attorneys for Plaintiff
ERIN S. PEARCE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ERIN S. PEARCE, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA HOME LOANS f/k/a/<br>COUNTRYWIDE HOME LOANS, INC.,<br><br>        Defendants. | Case No.:  5:09-cv-03988-JF<br><br>**[PROPOSED]<br>ORDER APPROVING STIPULATION<br>ALLOWING FOR LATE FILING OF<br>PLAINTIFF'S BRIEF IN OPPOSITION<br>TO DEFENDANT COUNTRYWIDE<br>HOME LOANS' MOTION TO DISMISS<br>PLAINTIFF'S FIRST AMENDED<br>COMPLAINT**<br><br>Date:         May 28, 2010<br>Time:         9:00 a.m.<br>Courtroom:  3<br>Judge:        Honorable Jeremy Fogel |

1

2    Having received and considered the Stipulation of the parties, and good cause appearing

3  therefore, IT IS HEREBY ORDERED that plaintiff Erin S. Pearce may file and serve the brief in

4  opposition to defendants' motion to dismiss plaintiff's First Amended Complaint on May 12, 2010.

   Defendants shall file and serve any reply on or before May 19, 2010.

5    The hearing shall remain as scheduled on May 28, 2010.

6

7

8  Dated: May $\underline{13}$, 2010                    _____

9                                              Hon. Jeremy Fogel

10                                             U.S. District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER APPROVING STIPULATION ALLOWING LATE FILING OF PLAINTIFF'S OPPOSITION BRIEF**

2