**JENKINS MULLIGAN & GABRIEL, LLP**
Thomas A. Jenkins, Esq. [SBN: 92213]
Daniel J. Mulligan, Esq. [SBN: 103129]
Larry W. Gabriel, Esq. [SBN: 68329]
10085 Carroll Canyon Rd., Ste. 210
San Diego, CA 92131
Telephone: (415) 982-8500
Facsimile: (415) 982-8515

Attorneys for Plaintiff
ERIN S. PEARCE

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Bahareh Mostajelean, California Bar No. 258903
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
Email:            james.goldberg@bryancave.com
Email:            bahareh.mostajelean@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.,
erroneously sued as BANK OF AMERICA HOME LOANS.

**\*\*E-Filed 11/23/2010\*\***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ERIN S. PEARCE, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA HOME LOANS f/k/a COUNTRYWIDE HOME LOANS, INC.,<br><br>    Defendants. | Case No. 5:09-cv-03988-JF<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Honorable Judge Jeremy Fogel<br><br>Filed:      August 28, 2009<br>Trial Date: Not yet assigned |

SF01DOCS22998.1

1

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

This Stipulation is entered into between Plaintiff ERIN S. PEARCE ("Plaintiff") and Defendant COUNTRYWIDE HOME LOANS, INC. (erroneously sued as Bank of America Home Loans) ("Defendant").

Plaintiff and Defendant participated in a mediation conference on November 16, 2010. A further mediation conference will occur on January 18, 2011.

As such, Plaintiff and Defendant, through their respective counsel of record, agree and jointly request that case management conference currently set for December 3, 2010 at 10:30 a.m. be continued until January 28, 2011 at 10:30 a.m., or as soon thereafter as the Conference may be held.

Dated: November 18, 2010  **JENKINS MULLIGAN & GABRIEL, LLP**
**LAW OFFICES OF SIMMONS & PURDY**

By: /s/ Daniel J. Mulligan
    Daniel J. Mulligan
Attorneys for Plaintiff
ERIN S. PEARCE

Dated: November 18, 2010  **BRYAN CAVE LLP**

By: /s/ Bahareh Mostajelean
    Bahareh Mostajelean
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC. erroneously sued as BANK OF AMERICA HOME LOANS

SF01DOCS22998.1      2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

## [PROPOSED] ORDER

Having reviewed the Stipulation of Plaintiff ERIN S. PEARCE and Defendant COUNTRYWIDE HOME LOANS, INC. ("Defendant"), and good cause appearing, IT IS ORDERED THAT the Case Management Conference shall be continued until January 28, 2011, at 10:30 a.m. The parties shall file an updated joint status report no later than January 21, 2011.

Dated: 11/23/2010

_____
Honorable Judge Jeremy Fogel

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

SF01DOCS22998.1

3

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE