\*\*E-Filed 1/27/2011\*\*

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Bahareh Mostajelean, California Bar No. 258903
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: james.goldberg@bryancave.com
Email: bahareh.mostajelean@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC. (erroneously sued as BANK OF AMERICA HOME LOANS.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ERIN S. PEARCE, an individual<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS f/k/a COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendants. | Case No. 5:09-cv-03988-JF<br>ORDER APPROVING<br>**JOINT STIPULATION TO VACATE AND CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF CONDITIONAL SETTLEMENT**<br><br>Honorable Judge Jeremy Fogel<br><br>Filed: August 28, 2009<br>Trial Date: Not yet assigned |

This Stipulation is entered into between Plaintiff ERIN S. PEARCE ("Plaintiff") and Defendant BANK OF AMERICA HOME LOANS formerly known as COUNTRYWIDE HOME LOANS, INC. ("Defendant").

WHEREAS, a case management conference is currently scheduled for January 28, 2011 at 10:30 a.m.

SF01DOCS 16525.1

1

JOINT STIPULATION TO VACATE AND CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF CONDITIONAL SETTLEMENT

WHEREAS, on January 18, 2011, Plaintiff and Defendant reached a conditional settlement.

WHEREAS, Plaintiff anticipates dismissing this action in its entirety by no later than February 28, 2011.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for January 28, 2011, and reschedule it for March 11, 2011, or at a later date convenient for the Court, to allow for sufficient time to finalize the settlement.

Dated:   January 25, 2011   **JENKINS MULLIGAN & GABRIEL, LLP**
**LAW OFFICES OF SIMMONS & PURDY**

By: /s/ Daniel J. Mulligan
   Daniel J. Mulligan
Attorneys for Plaintiff
ERIN S. PEARCE

Dated:   January 25, 2011   **BRYAN CAVE LLP**

By: /s/ Bahareh Mostajelean
   Bahareh Mostajelean
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC. (also erroneously sued as BANK OF AMERICA HOME LOANS)

SF01DOCS 16525.1

2

JOINT STIPULATION TO VACATE AND CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF CONDITIONAL SETTLEMENT

## [PROPOSED] ORDER

Having reviewed the Stipulation of Plaintiff ERIN S. PEARCE and Defendant BANK OF AMERICA HOME LOANS formerly known as COUNTRYWIDE HOME LOANS, INC. ("Defendant"), and good cause appearing, IT IS ORDERED THAT the Case Management Conference currently set for January 28, 2011 shall be vacated.  In the event that a settlement is not finalized, a further Case Management Conference will be set for March 11, 2011 at 10:30 a.m.  The parties shall file a joint status report no later than March 4, 2011.

Dated: 1/27/2011

_____
Honorable Judge Jeremy Fogel

SF01DOCS 16525.1

3

JOINT STIPULATION TO VACATE AND CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF CONDITIONAL SETTLEMENT